UNITED STATES TRUST COMPANY OF PATERSON, NEW
JERSEY, Respondent, *v.* JACOB MENDELSON et al.,
Appellants.

*Contract — factors — assignment of amount due under factoring contract
— lien of factors on balance due — lien does not extend to secure trade
acceptances which fell due several months after notice of assignment.*

*U. S. Trust Co. of Paterson, N. J.,* v. *Mendelson,* 209 App. Div.
751, affirmed.

(Argued May 6, 1925; decided June 2, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1924, in favor of plaintiff upon the submission of a controversy under section 546 of the Civil Practice Act. The respondent claims under an assignment made to it in 1920 by the Rush Silk Manufacturing Company of an amount due the Rush Silk Manufacturing Company under a contract originally executed in 1917, and modified in 1918, whereby appellants undertook to act as factors in the marketing of merchandise made by the Rush Silk Manufacturing Company. The appellants contend that they are entitled to a lien on the balance due on the factoring contract to secure themselves for the payment of deliveries of raw silk made by them under contracts made in 1919 and 1920, whereby they sold silk to respondent's assignor to be delivered in installments and paid for by trade acceptances, and that such lien extends to secure trade acceptances so given, which fell due several months after notice of the assignment and which respondent's assignor failed to meet.

*Joseph Sapinsky* and *Max Uviller* for appellants.

*F. Carroll Taylor* and *Louis H. Porter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN,
CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.